UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: Case No.: 8:16-bk-06379-MGW
Chapter 7

Tammy L. Kincaid

Debtor.
______________________________

MOTION TO SELL REAL PROPERTY AND PAY SECURED CREDITORS
(1904 Keebler Lane, Brandon, Florida 33510)

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST A HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899 and serve a copy on the movant's attorney, Richard M. Dauval, 3900 1st Street North, Suite 100, Saint Petersburg, FL 33703, and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW Beth Ann Scharrer, Chapter 7 Trustee, by and through her undersigned counsel, and hereby moves for authority to sell certain improved real property, to pay secured creditors, and in support thereof states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b) (2) (A), (M), (N) and (O).
2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.
3. The basis for the relief requested herein are, *inter alia*, 11 U.S.C. §§ 105, 363(b) and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## BACKGROUND

4. On July 27, 2016, the Debtors commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").
5. Beth Ann Scharrer was appointed Chapter 7 trustee (the "Trustee").
6. The Debtor owns real property, by virtue of a deed, located at 1904 Keebler Lane, Brandon, Florida 33510, more particularly known as:

Lot 2 And The West 1/2 Of Lot 3, KEEBLER SUBDIVISION, According To Map Or Plat Thereof As Recorded In Plat Book 51, Page 56, Of The Public Records Of Hillsborough County, Florida. (the "Property").

7. The Trustee completed a title search and found that the Property is encumbered by a mortgage lien. By priority, but not including any outstanding property taxes or municipal liens, the Property is encumbered as follows:
   a. a first mortgage executed Jason G. Kincaid and Tammy L. Kincaid in favor of New Century Mortgage Corporation, recorded June 16, 2006 in Book 16603, Page 1401, and now held by Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates by virtue of that

certain assignment recorded in Book 20912, Page 551, of the Public Records of Hillsborough County, Florida (the "Secured Creditor" or "Wells Fargo").

b. The Property is further encumbered by a Lis Pendens recorded in Official Records Book 20478, Page 886, together with a Final Judgment entered in Case No. 11-CA-004927, styled Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates v. Jason G. Kincaid and Tammy L. Kincaid in the Thirteenth Judicial Circuit Court of Hillsborough County Florida. The Lis Pendens and Final Judgment of Foreclosure were recorded in an effort to enforce the mortgage rights of Wells Fargo.

8. The Trustee has accepted an offer from Kelvin Caro Perez and Roxana Aviles, (the Buyers) to purchase this home in the amount of $ 230,000.00, as payment in full (subject to Court and Lienholder approval). The current offer was not the only offer on the Property but is the highest offer. Moreover, the estate believes it is a fair offer for the current economy and the length the property has remained on the market.

9. Any current real property taxes will be paid prorated.

10. The sale price of $ 230,000.00, net the closing costs will be enough to satisfy the outstanding liens, as agreed to by the lienholder(s), that encumber the property and net the estate at least $5,500.00 (an escrowed surplus or other surplus amounts shall be turned over to the bankruptcy estate). If the affected lienholder no longer consents to their proposed treatment they are hereby on notice that they need to object to the proposed sale of the Property.

11. The Trustee has attached a "DRAFT" Settlement Statement that outlines the proposed distribution of the sale proceeds at closing, as Exhibit "A."

## AUTHORITY TO SELL

12. Pursuant to § 363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business. Additionally, pursuant to § 363(f) of the Bankruptcy Code, the trustee may sell property free and clear of any interest in such property of an entity other than the estate if (i) permitted under applicable non-bankruptcy law, (ii) the party asserting such interest consents, (iii) the interest is a lien and the purchase price of the property is greater than the aggregate amount of all liens on the property, (iv) the interest is subject of a bona fide dispute, or (v) the party asserting the interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest.
13. Section 363(f) of the Bankruptcy Code is stated in the disjunctive. Thus, it is only necessary for the Trustee to satisfy one of the five conditions of § 363(f).
14. The Trustee avers that he shall satisfy section 363(f) (2) insofar as all lien holders shall consent to a sale of the property under section 363(f) (2), and that he should then be authorized to sell the Property free and clear of all liens, claims, encumbrances and interests.

## CONCLUSION

15. The Trustee, in the exercise of her business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the secured creditors. The Buyer has agreed,

subject to Court approval, to pay to the Trustee the sum of $ 230,000.00 in exchange for the Property free and clear of all liens, encumbrances, or interests.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto:

A. Authorizing the sale of the Property and,

B. Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor or any other party claiming an interest in the Property to the Purchaser;

C. Authorizing the Trustee and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, (a) all delinquent real property taxes and outstanding post-petition real property taxes pro-rated as of the closing with respect to the real property included among the purchased assets (b) any outstanding Home Owner's Association fee or assessment arrearages; and (c) other anticipated closing costs:

| | |
|---|---|
| Total Sales/Brokers Commission: | |
| 6% to Century 21 Beggins | $13,800.00* |
| * To be shared with cooperating buyer's agent | |
| | |
| Title Charges: | $ 2,725.00 |
| Government recording / transfer charges: | $ 1,706.50 |
| Other / Debits | $ 1,063.00 |
| (*incl. utility arrearages, lien search fees, e-recording fee*) | |
| Satisfaction of Liens: | |
| Wells Fargo (home mortgage) | $ 200,263.75 |
| Home Owners Association Dues and Estoppel Letter | $ 1,686.50 |
| 2015 Property Taxes | $ 2,309.92 |

2016 Property Taxes $ 1,992.98

The above anticipated closing costs and taxes are subject to per diem charges, changes in prorations, and otherwise represent approximate amounts. The Trustee seeks authority to pay these amounts, or their reasonable equivalent amounts, to the respective payees depending on the subjective per diem alteration.

D. Determining that the Buyer has not assumed any liabilities of the Debtors, and

E. Granting the Trustee such other and further relief as is just and proper.

Respectfully submitted,

/s/ Richard M. Dauval, Esquire
Richard M. Dauval, Esq.
Leavengood, Dauval, Boyle & Meyer, P.A.
3900 1st Street North, Suite 100
Saint Petersburg, FL 33703
727-327-3328 x303

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by U.S. Mail and/or electronic delivery to:
Lien Holders: Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates c/o Jay Passer, Esquire, tbcc2@verizon.net
Debtor, Tammy L Kincaid, 1904 Keebler Lane, Brandon, FL 33510
Debtor's Counsel, Stanley J Galewski, Esq., stan@galewskilaw.com
Chapter 7 Trustee, Beth Ann Scharrer, bscharrertrustee@gmail.com
United States Trustee, ustp.region21.ecf@usdoj.gov

and all parties of interest on this March 30, 2017.

/s/ Richard M. Dauval, Esquire
Richard M. Dauval, Esq.

American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

**Paramount Title II**
**ALTA Universal ID:**
**6542 US Hwy 41 N**
**Suite A.**
**Apollo Beach, FL 33572**

File No./Escrow No. : AB16-25986
Print Date & Time: March 15, 2017 9:10 am
Officer/Escrow Officer : Christine Paige
Settlement Location : 6542 US Hwy 41 N , Suite A.
Apollo Beach, FL 33572

Property Address: 1904 Keebler Lane
Brandon, FL 33510

Borrower: Kelvin Caro Perez and Roxana Aviles

Seller: Beth Ann Scharrer, BK Trustee for the Estate of Tammy L. Kincaid

Lender: Quicken Loans, Inc. ISAOA

Settlement Date: April 28, 2017
Disbursement Date: April 28, 2017

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 230,000.00 | Sale Price of Property | 230,000.00 | |
| | | Deposit | | 2,300.00 |
| | | Loan Amount | | 218,500.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| 638.85 | | County Taxes 01/01/17 - 04/28/17 | | 638.85 |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Survey | 350.00 | |
| | | Termite Inspection | 75.00 | |
| | | E-Recording Fee (Buyer) to HTN Recording Account | 6.50 | |
| 13.00 | | E-Recording Fee (Seller) to HTN Recording Account | | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | ALTA Endorsement 5.1-06 (Planned Unit Development) to Paramount Title II | 45.00 | |

Copyright 2015 American Land Title Association
All rights reserved

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | ALTA Endorsement 8.1-06 (Environmental Protection Lien) to Paramount Title II | 45.00 | |
| | | ALTA Endorsement 9.10-06 (Restrictions, Encroachments, Minerals - Current Violations - Loan to Paramount Title II | 150.00 | |
| | | Closing Fee (Buyer) to Paramount Title II | 625.00 | |
| 1,500.00 | | Closing Fee (Seller) to Paramount Title II | | |
| | | Lender's Title Insurance to Paramount Title II<br>Coverage: 218,500.00<br>Premium: 275.00 | 275.00 | |
| 1,225.00 | | Owner's Title Insurance to Paramount Title II<br>Coverage: 230,000.00<br>Premium: 1,225.00 | | |
| | | | | |
| | | **Commissions** | | |
| 9,200.00 | | Listing Broker's Commission to Century 21 Beggins (AB) | | |
| 4,600.00 | | Selling Broker's Commission to Family Home and & Investment Realty, LLC | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to HTN Recording Account | 232.50 | |
| | | Intangible Tax to HTN Recording Account | 437.00 | |
| 78.00 | | Record any Aff.& Satisfactions to HTN Recording Account | | |
| 18.50 | | Record Corrective Quitclaim Deed to HTN Recording Account | | |
| 1,610.00 | | State tax/stamps - Deed to HTN Recording Account | | |
| | | State tax/stamps - Mortgage to HTN Recording Account | 764.75 | |
| | | | | |
| | | **Payoff(s)** | | |
| 200,263.75 | | Payoff of First Mortgage Loan<br>Loan Payoff 194,880.60<br>Total Payoff 200,263.75 | | |
| | | | | |
| | | **Miscellaneous** | | |
| 2,309.92 | | 2015 Property Taxes to Doug Belden, Hillsborough County Tax Collector | | |
| 1,992.98 | | 2016 Property Taxes to Doug Belden, Hillsborough County Tax Collector | | |

Copyright 2015 American Land Title Association
All rights reserved

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Miscellaneous (continued)** | | |
| 5,500.00 | | Bankruptcy Estate Fee to Beth Ann Scharrer, BK Trustee for the Estate of Ta | | |
| 550.00 | | Lien Search to Hometown Title Network | | |
| 500.00 | | Water Bill - Estimate to Hillsborough County Public Utilities Department | | |
| | | | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 230,000.00 | 230,000.00 | **Subtotals** | 233,005.75 | 221,438.85 |
| | | **Due from Borrower** | | 11,566.90 |
| 230,000.00 | 230,000.00 | **Totals** | 233,005.75 | 233,005.75 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Paramount Title II to cause the funds to be disbursed in accordance with this statement.

Borrower

______________________________
Kelvin Caro Perez

______________________________
Roxana Aviles

Seller

Beth Ann Scharrer, BK Trustee for the Estate of
Tammy L. Kincaid

BY:______________________________

______________________________
Christine Paige
Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

CARRINGTON
MORTGAGE SERVICES

P.O. Box 3010
Anaheim, CA 92803

# Short Sale Approval Notification

03/09/17

Loan Number: 1008114925

JASON G KINCAID
TAMMY KINCAID
PO BOX 4550
SEMINOLE FL 33775-4550

**Property Address:**
1904 KEEBLER LN
BRANDON FL 33510-0000

Dear Mortgagor(s):

This letter confirms that Carrington Mortgage Services, LLC ("CMS"), current servicer and authorized agent for WELLS FARGO BANK N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST SERIES 2006-NC3 ASSET BACKED PASS-THROUGH CERTIFICATES ("Lender"), has approved your request for a short sale and will accept from the sale of the above-referenced property no less than the net proceeds of **$199,831.45** to release/re-convey its mortgage lien on the subject property subject to the following conditions:

- Escrow must be opened, and a certified copy of the Closing Disclosure, prepared by an escrow/closing attorney, must be received by CMS via EQUATOR , no later than **05/01/17:**
- Escrow must close and the required funds must be received by CMS on or before 05/01/17 ("Closing Date") or the business day prior to the scheduled foreclosure sale, whichever comes first.
- Zero proceeds are to be paid to the seller.

**ITEMIZED COSTS:**

| | |
|---|---|
| Contract Sales Price: | $230,000.00 |
| Commissions Amount: | $13,800.0 |
| Taxes & Insurance: | $4,625.05 |
| Concessions: | $0.00 |
| Seller Contribution: | $0.00 |
| Closing Costs: | $3,274.00 |
| Sr/Jr Lien Holder: | $7,969.50 |
| Miscellaneous: | $500.00 |

- Any changes to the approved cost(s) as itemized above must be approved by CMS.
- A copy of the Closing Disclosure must be UPLOADED VIA Equator for approval prior to closing of Short Sale transaction.
- You waive all rights to escrow funds, refunds from prepaid expenses and funds held in suspense by CMS.
- At the close of escrow, payoff funds and a copy of this letter must be forwarded, via overnight delivery, to the attention of the undersigned.
- At the close of escrow, forward a certified copy of the Closing Disclosure to CMS. If funds are not received by Closing Date this approval is void. By this date, we must also receive the final Settlement Statement, all of the other final approval documents, and no less than the full amount of short sale proceeds specified within this document.

CARRINGTON
MORTGAGE SERVICES

P.O. Box 3010
Anaheim, CA 92803

The deed must contain the following provision:

> "Grantee herein is prohibited from the conveying captioned property for any sales price for a period of 30 days from the date of this deed. After this 30 day period, Grantee is further prohibited from conveying the property for a sales price greater than $(120% of short sale price) until 90 days from the date of this deed. These restrictions shall run with the land and are not personal to the Grantee."

- Once the sale closes in accordance with the terms specified above, we will accept the sale proceeds as full satisfaction of your mortgage and note. Any remaining amount of indebtedness will be fully discharged on the mortgage and we will release you from all responsibilities for repaying your mortgage and note.
- The deficiency amount that is forgiven will be reported to the Internal Revenue Service (IRS) and could be considered as taxable income to you. You are advised to discuss the tax or legal implications of this transaction with an attorney and/or other qualified advisor.
- If your loan has private mortgage insurance, the Terms and Conditions of the short sale are subject to the written approval of the mortgage insurer or guarantor. Once the sale closes in accordance with the terms specified in this letter, we will accept the sale proceeds as payment towards the balance due on your mortgage and note. Once any mortgage insurance claim proceeds are received and applied to the account, any remaining indebtedness will be fully discharged.

## CONTACT US

If you have any questions, please contact our Short Sale Department. To help speed the process, it is important that you have your account number ready when you call.

☎ **Short Sale Department**
**(Phone): 1.888.507.6489**
(Hours): Monday through Friday from 8:00 AM to 8:00 PM (Eastern Standard Time).

Sincerely,

Short Sale Department
Carrington Mortgage Services, LLC
Carringtonms.com

CARRINGTON
MORTGAGE SERVICES

P.O. Box 3010
Anaheim, CA 92803

# Short Sale Affidavit

VOID

Servicer: ______________________

Servicer Loan Number: ______________________

Address of Property: ______________________

Date of Purchase Contract: ____/____/____

Investor: ______________________

Seller: ______________________

Buyer: ______________________

Seller: ______________________

Buyer: ______________________

Seller's Agent/Listing Agent: ______________________

Buyer's Agent: ______________________

Escrow Closing Agent: ______________________

Transaction Facilitator (if applicable): ______________________

This Short Sale Affidavit ("Affidavit") is given by the Seller(s), Buyer(s), Agent(s), and Facilitator to the Servicer and the Investor of the mortgage loan secured by the Property ("Mortgage") in consideration for the mutual and respective benefits to be derived from the short sale of the Property.

NOW, THEREFORE, the Seller(s), Buyer(s), Agent(s), and Facilitator do hereby represent, warrant and agree under the pains and penalties of perjury, to the best of each signatory's knowledge and belief, as follows:

(a) The sale of the Property is an "arm's length" transaction, between Seller(s) and Buyer(s) who are unrelated and unaffiliated by family, marriage, or commercial enterprise;

(b) There are no agreements, understandings or contracts between the Seller(s) and Buyer(s) that the Seller(s) will remain in the Property as tenants or later obtain title or ownership of the Property, except that the Sellers(s) are permitted to remain as tenants in the Property for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;

(c) Neither the Sellers(s) nor the Buyer(s) will receive any funds or commissions from the sale of the Property except that the Seller(s) may receive a payment if it is offered by the Servicer, approved by the Investor and, if the payment is made at closing of the short sale of the Property, reflected on the Closing Disclosure;

(d) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Property that have not been disclosed to the Servicer;

CARRINGTON
MORTGAGE SERVICES

P.O. Box 3010
Anaheim, CA 92803

(e) All amounts to be paid to any person or entity, including holders of other liens on the Property, in connection with the short sale have been disclosed to and approved by the Servicer and will be reflected on the Closing Disclosure;

(f) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in this Affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Property;

(g) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(h) This Affidavit and all representations, warranties and statements made herein will survive the closing of the short sale transaction; and

(i) Each signatory understands that a misrepresentation may subject the person making the misrepresentation to civil and/or criminal liability.

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _______________ 20 .

**(Seller's Signature)** By: _______________

**(Seller's Signature)** By: _______________

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _______________ 20 .

**(Seller's Agent/Listing Agent's Signature)** By: _______________

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _______________ 20 .

**(Buyer's Signature)** By: _______________

**(Buyer's Signature)** By: _______________

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _______________ 20 .

**(Buyer's Agent's Signature)** By: _______________

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _______________ 20 .

**(Escrow Closing Agent's Signature)** By: _______________

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _______________ 20 .

**(Transaction Facilitator's Signature (if applicable))** _______________

By:

VOID

CARRINGTON
MORTGAGE SERVICES

## IMPORTANT DISCLOSURES

**-INQUIRIES & COMPLAINTS-**
For inquiries and complaints about your mortgage loan, please contact our CUSTOMER SERVICE DEPARTMENT by writing to Carrington Mortgage Services, LLC, Attention: Customer Service, P.O Box 3489, Anaheim, CA 92803, or by calling 1-800-561-4567. Please include your loan number on all pages of correspondence. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at **carringtonms.com**.

**-IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**-CREDIT REPORTING-**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**-MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**-HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**-SCRA DISCLOSURE-**
MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**-NOTICES OF ERROR AND INFORMATION REQUESTS-**
You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting Carrington Mortgage Services, LLC at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time or by mail at P.O. Box 3489, Anaheim, CA 92803.

CARRINGTON
MORTGAGE SERVICES

ARKANSAS

**Arkansas Residents Only**

Carrington Mortgage Services, LLC ('CMS') is licensed with the Arkansas Securities Department. You may file complaints about CMS with the Arkansas Securities Department (Department) at 201 East Markham, Heritage West Building, Suite 300, Little Rock, Arkansas 72201. You may obtain further information by calling the Department's general information number at (501) 324-9260 or toll-free, (800) 981-4429 or faxing the Department at (501) 324-9268 or visiting the Department's website at http://www.securities.arkansas.gov. For a list of standard or common loan servicing fees charged by CMS, please visit the CMS website at carringtonms.com/HelpCenter/FAQ

COLORADO

For Colorado Residents:
7200 S. Alton Way, Ste B180,
Centennial, CO 80112
(303) 708-8795

MASSACHUSETTS

**NOTICE OF IMPORTANT RIGHTS**

**YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

MINNESOTA

Carrington Mortgage Services, LLC is licensed by the Minnesota Department of Commerce.

NEW YORK

New York City Department of Consumer Affairs License Number 1264739

This Collection agency is licensed by the City of Buffalo license numbers: 555177 & 555176

City of Yonkers Debt Collection Agency License Number: 9717

**For New York residents:** You may file complaints about CMS with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services.

NORTH CAROLINA

Carrington Mortgage Services, LLC is licensed under North Carolina Secure and Fair Enforcement Mortgage Licensing Act and holds North Carolina Agency Licenses with Permit Nos. 102107, 103455 and 112956 Main Office: 1600 South Douglass Road, Suites 110 & 200-A, Anaheim, CA 92806 / Branch Offices: 2100 E. 196th Street, Suites 100 & 200, Westfield, IN 46074 & 6200 Tennyson Parkway, Suite 210, Plano, TX 75024.

TENNESSEE

This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

TEXAS

**Notice to Texas Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.**