UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                 Case No. 8:16-bk-06379-MGW
                                                                       Chapter 7
TAMMY L KINCAID

        Debtor(s).
_____/

**AMENDED REPORT AND NOTICE OF
INTENTION TO SELL PROPERTY OF THE ESTATE**

(Amended only to correct negative notice)

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

      Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. mail.

      If you object to the relief requested in this paper, you must file a response with the Clerk of the Court, 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899, and serve a copy on the movant, Beth Ann Scharrer, Chapter 7 Trustee, P.O. Box 4550, Seminole, FL 33775-4550, and any other appropriate person(s) within the time allowed. If you file and serve a timely response, the Court will either schedule and notify you of a hearing, or may consider the response and may grant or deny the relief requested without a hearing.

      If you do not file a timely response, the Court will consider that you do not oppose the relief requested in this paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**TO:**    **Creditors, Debtors and Parties in Interest**

      BETH ANN SCHARRER, the Trustee duly appointed and acting for the above-captioned estate reports that she intends to sell, 21 days from the date this paper is entered on the docket, the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1.    Description of Property: estate interest in clothing ($75), various books and CDs ($50), and tax refund ($800.66)

2.    Manner of Sale: Private Sale

3. Terms of Sale:
   a. To: Debtor(s)
   b. Sale Price: $925.66
   c. All right, title, and interest of bankruptcy estate, if any.
   d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Subject to Debtor(s)' allowed claim of exemption.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

Respectfully submitted,

/s/ Beth Ann Scharrer

_____
Beth Ann Scharrer, Trustee
PO Box 4550
Seminole, FL 33775-4550
(727) 392-8031

## CERTIFICATE OF SERVICE

I CERTIFY that on 6-13-17, a true and correct copy of the foregoing has been furnished by electronic delivery or U.S. mail to all parties in interest including the Debtor(s), attorney for the Debtor(s), the U.S. Trustee, all parties who have filed a Notice of Appearance, and all parties who have or may file a Proof of Claim. These parties are listed on the matrix attached.

/s/ Beth Ann Scharrer

_____
Beth Ann Scharrer

```
Label Matrix for local noticing       Wells Fargo Bank N.A., et al           Jay D. Passer +
113A-8                                 c/o CARRINGTON MORTGAGE SERVICES, LLC  Jay D Passer, PA
Case 8:16-bk-06379-MGW                 1600 SOUTH DOUGLASS ROAD               4100 W. Kennedy Boulevard, Suite 322
Middle District of Florida             ANAHEIM, CA 92806-5948                 Tampa, FL 33609-2290
Tampa
Fri Jun  9 11:03:18 EDT 2017

United States Trustee - TPA7/13 +      Richard M Dauval +                     Stanley J Galewski +
Timberlake Annex, Suite 1200           LeavenLaw                              Galewski Law Group PA
501 E Polk Street                      3900 First Street North, Suite 100     412 E Madison Street Suite 1106
Tampa, FL 33602-3949                   St. Petersburg, FL 33703-6109          Tampa, FL 33602-4618


Richard M Dauval, Attorney for Trustee +   End of Label Matrix
LeavenLaw                                  Mailable recipients    6
3900 First Street North, Suite 100         Bypassed recipients    0
St. Petersburg, FL 33703-6109              Total                  6
```